Christopher J. Yost, Bar No. 150785
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
cjyost@fedex.com

Attorney for Defendants
FEDERAL EXPRESS CORPORATION

ORIGINAL FILED

08 JUL 25 AM 11: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

ADR

E-FILING

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

ORLANDO DELGADO, an individual,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation and DOES 1-10, inclusive,

    Defendants.

CASE NO.: C08 03576 MMC

DECLARATION OF CYNTHIA D. GONZALEZ IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT

(DIVERSITY JURISDICTION 28 U.S.C. §1332)

[Cal. Code Civ. Proc. 430.10 (e) and (f)]

Complaint Filed: June 30, 2008

1. I am over the age of twenty-one and am competent to testify as to the matters set forth herein. I am a Paralegal employed by Federal Express Corporation in Irvine, California. Except where otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify competently to each fact.

2. Federal Express Corporation is a publicly held company with shares traded on the New York Stock Exchange. It is a Delaware Corporation with its principal place of business in Tennessee.

1

3. Federal Express Corporation was incorporated in the State of Delaware on June 24, 1971. Its principal place of business located at 3620 Hacks Cross Road, Building B, Third Floor, Memphis, TN. 38125. It is in Tennessee where Federal Express Corporation's executive and administrative functions are performed.

4. A true and correct copy of a verdict survey is attached hereto as Exhibit A.

_____
CYNTHIA D. GONZALEZ

**EXHIBIT A**

Case 3:08-cv-03576-MMC    Document 3    Filed 07/25/2008    Page 3 of 12



ORRICK, HERRINGTON & SUTCLIFFE LLP
OLD FEDERAL RESERVE BANK BUILDING
400 SANSOME STREET
SAN FRANCISCO, CA 94111-3143

tel 415-392-1122
fax 415-773-5759

WWW.ORRICK.COM

# SUMMARY OF CALIFORNIA JURY VERDICTS IN EMPLOYMENT CASES

This study is a compilation of reported jury verdicts in employment cases tried in California state and federal courts from 1981 through April 2001. This study reflects those verdicts reported in *Jury Verdicts Weekly*, the *San Francisco Daily Journal* and *California Law Reporter*. Therefore, it may not reflect all reported verdicts. Also, because our interest is to summarize what juries have decided in these cases, the study in most instances does not report on any reversals, reductions or other modifications resulting from post-trial motions or appeals.[*] The study also excludes cases which were settled or dismissed before reaching a jury.

The study looks at these jury verdicts by the major employment issue involved, broken down by superior court or district court, type of jury award and year. To help summarize the information, the study provides the following five categories of information: (1) the total number of verdicts; (2) the average jury award for all verdicts; (3) the percentage of verdicts in which the plaintiff prevailed; (4) the numerical average of all verdicts in favor of the plaintiff; and (5) the median verdict (i.e., the number above and below which there is an equal number).

When comparing the median verdict with the average verdict, it is important to note that an average is very sensitive to extremely high or extremely low jury awards. This is especially true given that several verdicts have exceeded $10 million.

We believe that the data is now sufficiently large to permit analysis of litigation trends in jury trials. Nonetheless, because each trial is so unique, it is impossible to predict the likely result in any particular case.

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP. All rights reserved.

---

[*] For example, a verdict in excess of $100 million on behalf of twenty-one plaintiffs against Interstate Brands in 2000 was reduced over 80 percent by the Trial Court on post-verdict motions. We note that several recent studies have dealt with the effect on jury verdicts of post-trial motions and appellate decisions that have reversed or materially reduced jury awards.

ORRICK, HERRINGTON & SUTCLIFFE LLP
SUMMARY OF CALIFORNIA JURY
VERDICTS IN EMPLOYMENT CASES
(Reported From January 1989 through April 30, 2001)

WRONGFUL TERMINATION

| Issues | Total Verdicts | Averages Based on Total Verdicts | Plaintiff Prevailed: Number (Percent) | Average Jury Award | Median Jury Award |
|---|---|---|---|---|---|
| **Discrimination** | | | | | |
| Sex | 182 | $193,658 | 84 (46%) | $419,593 | $227,479 |
| (Sexual Harassment) | (69) | (283,513) | (35) (51%) | 558,411 | (275,000) |
| (Non-Harassment) | (113) | (16,763) | (49) (43%) | (320,070) | (140,242) |
| Race | 102 | 697,785 | 48 (47%) | 1,482,792 | 495,351 |
| Age | 118 | 348,960 | 47 (40%) | 876,113 | 472,488 |
| Disability | 48 | 200,705 | 25 (52%) | 385,354 | 250,000 |
| Total** | 450 | | 204 (45%) | | |
| **Non-Discrimination** | | | | | |
| Breach of Contract/Covenant | 310 | 460,997 | 207 (67%) | 690,382 | 255,263 |
| Violation of Public Policy | 114 | 602,625 | 62 (54%) | 1,108,053 | 250,000 |
| Fraud/Misrepresentation | 16 | 661,917 | 9 (56%) | 1,176,742 | 451,876 |
| Defamation/Slander | 16 | 510,314 | 6 (38%) | 1,360,837 | 123,000 |
| Retaliation | 24 | 572,054 | 15 (63%) | 915,286 | 239,866 |
| Total** | 480 | | 299 (62%) | | |

** These totals overlap due to more than one cause of action in some cases.

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

2

DOCSSF1:567712.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
SUMMARY OF CALIFORNIA JURY
VERDICTS IN EMPLOYMENT CASES
(Reported From January 1989 through April 30, 2001)

**NON-TERMINATION**
(includes such issues as harassment, failure to hire, failure to promote, demotion, etc.)

| Issues | Total Verdicts | Average Jury Award (on Total Verdicts) | Plaintiff Prevailed: Number (Percent) | Average Jury Award (on Plaintiff Prevailed) | Median Jury Award |
|---|---|---|---|---|---|
| **Discrimination** | | | | | |
| Sex | 124 | | | | |
| (Sexual Harassment) | 94 | $297,643 | 77 (62%) | $479,321 | $220,562 |
| (Non-Harassment) | 30 | (293,688) | (58) (62%) | (484,153) | (232,531) |
| | | (161,177) | (19) (63%) | (516,481) | (195,000) |
| Race | 78 | 295,427 | 32 (41%) | 720,103 | 500,000 |
| Age | 20 | 310,322 | 5 (25%) | 1,241,288 | 164,048 |
| Disability | 25 | 253,789 | 8 (32%) | 793,091 | 443,030 |
| Total** | 215 | | 110 (51%) | | |
| **Non-Discrimination** | | | | | |
| Violation of Public Policy | 17 | $248,541 | 7 (41%) | $603,600 | $442,000 |
| Breach of Contract/Covenant | 24 | 193,102 | 14 (58%) | 331,032 | 265,000 |
| Retaliation | 37 | 54,832 | 17 (46%) | 119,341 | 87,000 |
| Total** | 78 | | 38 (51%) | | |

** These totals overlap due to more than one cause of action in some cases.

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

3

DOCSSF1:562712.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
SUMMARY OF CALIFORNIA JURY
VERDICTS IN EMPLOYMENT CASES
(Reported From January 1989 through April 30, 2001)

### JURY AWARDS IN CALIFORNIA STATE AND FEDERAL COURTS

| Courts | Median Jury Award | Average Jury Award | Total Verdicts | Plaintiff Prevailed Number (Percent) |
|---|---|---|---|---|
| **Selected California Superior Courts** | | | | |
| Alameda | $123,000 | $822,158 | 73 | 39 (53%) |
| Los Angeles | 353,238 | 1,031,255 | 422 | 229 (54%) |
| Orange | 366,700 | 935,173 | 115 | 50 (43%) |
| Sacramento | 352,000 | 1,072,417 | 65 | 29 (45%) |
| San Bernardino | 226,150 | 383,977 | 41 | 22 (54%) |
| Santa Clara | 275,000 | 513,732 | 59 | 35 (59%) |
| San Diego | 228,254 | 379,482 | 122 | 52 (43%) |
| San Francisco | 145,121 | 437,671 | 76 | 44 (59%) |
| San Mateo | 293,500 | 513,732 | 23 | 16 (70%) |
| Total | 300,159 | 689,454 | 996 | 516 (51.8%) |
| **United States District Courts** | | | | |
| Northern | $250,000 | $1,306,524 | 53 | 25 (47%) |
| Eastern | 494,351 | 1,028,617 | 12 | 5 (42%) |
| Central | 223,000 | 755,889 | 55 | 27 (49%) |
| Southern | 315,000 | 292,667 | 5 | 3 (60%) |
| All California U.S. District Courts | 268,200 | 845,924 | 125 | 60 (48%) |
| Total | 300,000 | 767,689 | 1,121 | 576 (51%) |

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

4

DOCSSF1:562712.1

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
**SUMMARY OF CALIFORNIA JURY**
**VERDICTS IN EMPLOYMENT CASES**

### TOTAL AWARDS

| Year | Median Jury Award | Average Jury Award | Total Verdicts | Plaintiff Prevailed: Number (Percent) |
|---|---|---|---|---|
| 1981 | $300,000 | $490,091 | 18 | 11 (65%) |
| 1982 | 136,660 | 472,946 | 35 | 22 (63%) |
| 1983 | 76,500 | 238,221 | 24 | 13 (54%) |
| 1984 | 230,000 | 766,152 | 29 | 17 (59%) |
| 1985 | 252,743 | 795,343 | 64 | 50 (78%) |
| 1986 | 109,000 | 268,395 | 72 | 42 (58%) |
| 1987 | 260,500 | 866,074 | 80 | 42 (53%) |
| 1988 | 120,742 | 610,613 | 63 | 42 (67%) |
| 1989 | 154,007 | 341,431 | 42 | 28 (66%) |
| 1990 | 317,135 | 1,806,034 | 67 | 46 (68%) |
| 1991 | 278,900 | 449,668 | 69 | 37 (53%) |
| 1992 | 330,000 | 816,858 | 81 | 35 (43%) |
| 1993 | 250,000 | 429,315 | 95 | 51 (54%) |
| 1994 | 250,000 | 457,777 | 141 | 79 (56%) |
| 1995 | 242,479 | 439,653 | 106 | 58 (55%) |
| 1996 | 184,000 | 646,013 | 106 | 47 (44%) |
| 1997 | 244,933 | 643,571 | 184 | 94 (51%) |
| 1998 | 313,500 | 885,395 | 209 | 96 (46%) |
| 1999 | 368,393 | 994,730 | 137 | 68 (50%) |
| 2000 | 471,500 | 1,291,852 | 86 | 36 (42%) |
| 2001 | 426,000 | 412,833 | 16 | 6 (38%) |

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

DOCSSF1:562712.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
SUMMARY OF CALIFORNIA JURY
VERDICTS IN EMPLOYMENT CASES

EMOTIONAL DISTRESS AWARDS

| Year | Median Jury Award | Average Jury Award | Total Verdicts | Plaintiff Prevailed Number (Percent) |
|---|---|---|---|---|
| 1981 | $45,000 | $45,000 | 18 | 1 (6%) |
| 1982 | 6,500 | 54,000 | 35 | 4 (11%) |
| 1983 | 150,000 | 150,000 | 24 | 1 (4%) |
| 1984 | 50,000 | 50,000 | 29 | 2 (7%) |
| 1985 | 37,000 | 44,400 | 64 | 5 (8%) |
| 1986 | 30,000 | 41,318 | 72 | 11 (15%) |
| 1987 | 79,500 | 145,188 | 80 | 8 (10%) |
| 1988 | 75,000 | 201,198 | 63 | 13 (21%) |
| 1989 | 80,000 | 81,429 | 42 | 7 (17%) |
| 1990 | 55,750 | 270,642 | 67 | 23 (34%) |
| 1991 | 200,000 | 192,611 | 69 | 9 (13%) |
| 1992 | 200,000 | 160,134 | 81 | 7 (9%) |
| 1993 | 96,148 | 199,998 | 95 | 19 (20%) |
| 1994 | 100,000 | 150,582 | 141 | 27 (19%) |
| 1995 | 85,000 | 214,965 | 106 | 18 (17%) |
| 1996 | 135,420 | 309,997 | 106 | 23 (22%) |
| 1997 | 388,000 | 388,000 | 184 | 3 (2%) |
| 1998 | 500,000 | 1,249,424 | 209 | 7 (3%) |
| 1999 | 140,000 | 553,312 | 137 | 4 (3%) |
| 2000 | 425,000 | 425,000 | 86 | 2 (2%) |
| 2001 | -0- | -0- | 16 | -0- (0%) |

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

6

DOCSSF1:562712.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
SUMMARY OF CALIFORNIA JURY
VERDICTS IN EMPLOYMENT CASES

## PUNITIVE DAMAGES AWARDS

| Year | Median Jury Award | Average Jury Award | Total Verdicts | Plaintiff Prevailed: Number (Percent)[1] |
|---|---|---|---|---|
| 1981 | $200,000 | $444,333 | 18 | 6 (35%) |
| 1982 | 100,000 | 637,713 | 35 | 12 (34%) |
| 1983 | 1,500,000 | 1,500,000 | 24 | 1 (4%) |
| 1984 | 100,000 | 498,364 | 29 | 11 (38%) |
| 1985 | 250,000 | 750,984 | 64 | 25 (39%) |
| 1986 | 75,000 | 225,000 | 72 | 25 (34%) |
| 1987 | 261,430 | 1,182,656 | 80 | 20 (25%) |
| 1988 | 305,173 | 1,161,659 | 63 | 12 (19%) |
| 1989 | 200,000 | 284,050 | 42 | 7 (17%) |
| 1990 | 115,000 | 3,394,321 | 67 | 14 (20%) |
| 1991 | 500,000 | 661,929 | 69 | 7 (10%) |
| 1992 | 1,000,000 | 1,187,929 | 81 | 7 (9%) |
| 1993 | 235,000 | 414,995 | 95 | 11 (12%) |
| 1994 | 404,500 | 913,708 | 141 | 12 (9%) |
| 1995 | 125,000 | 225,455 | 106 | 11 (10%) |
| 1996 | 325,000 | 983,715 | 106 | 12 (11%) |
| 1997 | 122,272 | 734,427 | 183 | 28 (15%) |
| 1998 | 250,000 | 1,785,198 | 209 | 23 (11%) |
| 1999 | 993,134 | 2,154,793 | 137 | 9 (7%) |
| 2000 | 1,500,000 | 15,092,564 | 86 | 9 (11%) |
| 2001 | 42,500 | 42,500 | 16 | 2 (12%) |

[1] Total Punitive Damages Verdicts - $500k-$1 million: 27
Total Punitive Damages Verdicts - $1 million or more: 27

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

7

DOCSSF1:562712.1

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 25, 2008, I served a copy of:

**DECLARATION OF CYNTHIA D. GONZALEZ IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

Declaration of Cynthia Gonzalez in Support of Removal

## Service List

Robert Salinas, Esq, & Pamela Kong, Esq.
Sundeen, Salinas, & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone No.: (510) 663-9240 / Facsimile No.: (510) 663-9241

Enrique Martinez, Esq.
Law Office of Enrique Martinez
360 Grand Avenue, #141
Oakland, CA 94610
Telephone No.: (510) 287-4302 / Facsimile No.: (510) 835-1417

Attorneys for Plaintiff, Orlando Delgado

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 25 day of July, 2008.

_____    _____
Renee K. Aven                                              (signature)
(typed)

739472