Christopher J. Yost, Bar No. ~~~~~
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
cjyost@fedex.com

ORIGINAL FILED

08 JUL 25 AM 11:44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

E-FILING

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORLANDO DELGADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: C08 03576 MMC<br><br>DECLARATION OF CYNTHIA D. GONZALEZ REGARDING NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION<br><br>Complaint Filed: June 30, 2008 |

1.  I am over the age of twenty-one and am competent to testify as to the matters set forth herein. I am a Paralegal employed by Federal Express Corporation in Irvine, California. Except where otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify competently to each fact.

2.  On May 9, 2007, pursuant to 28 U.S.C. § 1446(d), I arranged for filing with the Clerk of the Superior Court of the State of California for the County of San Mateo a Notice to State Court of Removal of Civil Action to Federal Court, together with a copy of the Notice to Federal Court of Removal of Civil Action

1

Declaration of Cynthia Gonzalez Regarding
Notice to State Court of Removal

from State Court by causing said documents to be duly delivered to the Deputy Clerk at the filing window of the Superior Court for the County of San Mateo.

3. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_____
CYNTHIA D. GONZALEZ

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 25, 2008, I served a copy of:

**DECLARATION OF CYNTHIA D. GONZALEZ REGARDING NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

## Service List

Robert Salinas, Esq, & Pamela Kong, Esq.
Sundeen, Salinas, & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone No.: (510) 663-9240 / Facsimile No.: (510) 663-9241

Enrique Martinez, Esq.
Law Office of Enrique Martinez
360 Grand Avenue, #141
Oakland, CA 94610
Telephone No.: (510) 287-4302 / Facsimile No.: (510) 835-1417

Attorneys for Plaintiff, Orlando Delgado

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 25 day of July, 2008.

_____Renee K. Aven_____        _____/s/ K.A._____
              (typed)                              (signature)

739459