Christopher J. Yost, Bar No. 150785
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
Email: cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION

ORIGINAL FILED
08 JUL 25 AM 11:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

E-FILING
ADR

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORLANDO DELGADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 08-03576 MMC<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF INTERESTED PARTIES**<br><br>[LOCAL RULE 3-16]<br><br>Complaint Filed: June 30, 2008 |

Defendant Federal Express Corporation submits the following certificate as to interested parties pursuant to Local Rule 3-16:

1. Federal Express Corporation, D/B/A FedEx Express; and
2. ORLANDO DELGADO.

DATED: July 25, 2008                     Respectfully submitted,

By: _____
Christopher J. Yost
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

1

Notice of Interested Parties

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 25, 2008, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF INTERESTED PARTIES**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

Notice of Interested Parties

## Service List

Robert Salinas, Esq, & Pamela Kong, Esq.
Sundeen, Salinas, & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone No.: (510) 663-9240 / Facsimile No.: (510) 663-9241

Enrique Martinez, Esq.
Law Office of Enrique Martinez
360 Grand Avenue, #141
Oakland, CA 94610
Telephone No.: (510) 287-4302 / Facsimile No.: (510) 835-1417

Attorneys for Plaintiff, Orlando Delgado

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 25th day of July, 2008.

_____                    _____
   Renee K. Aven                                 (signature)
     (typed)

739461