1  Christopher J. Yost, Bar No. 150785
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-45██
   Facsimile: (949) 862-4███
4  Email: cjyost@fedex.com

*ORIGINAL FILED*

*08 JUL 25 AM 11: 44*

*RICHARD W. WIEKING*
*CLERK*
*U.S. DISTRICT COURT*

5  Attorneys for Defendants
   FEDERAL EXPRESS CORPORATION
6

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11  ORLANDO DELGADO, an
12  individual,                          CASE NO. **C08 03576**

13              Plaintiff,               **DEFENDANT FEDERAL EXPRESS
                                          CORPORATION'S NOTICE OF
                                          RELATED CASES** MMC
14              v.
                                          **[LOCAL CIVIL RULE 3-13]**
15  FEDERAL EXPRESS
    CORPORATION, a Delaware               Complaint Filed: June 30, 2008
16  corporation and DOES 1-10,
    inclusive,
17
                Defendants.
18

19        Pursuant to United States District Court for the Central District of California

20  Local Rule 3-13, counsel for Defendant Federal Express Corporation, (hereinafter

21  "FedEx" or "Defendant"), hereby avers that:

22        1.    To Defendants' knowledge, no action previously filed or currently

23  pending in the Northern District San Francisco Division is related to the above-

24  captioned case;

25        2.    Plaintiff's pending lawsuit does not involve issues of patent,

26  trademark, or copyright;

27        3.    To Defendants' knowledge, no action previously filed or currently

28  pending in the Northern District San Francisco Division appear to call for

                                        1

1  determination of the same or substantially identical questions of law and fact as

2  Plaintiff's pending lawsuit; and

3      4.      To Defendants' knowledge, no action previously filed or currently

4  pending in the Northern District San Francisco Division appears likely to entail

5  substantial duplication of labor if heard by a different judge as Plaintiff's lawsuit.

6

7  DATED:  July 25, 2008                    Respectfully submitted,

8

9                                    By: _____

10                                    Christopher J. Yost
                                       Attorney for Defendants
11                                    FEDERAL EXPRESS CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

n                                                              Notice Of Related Cases

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 25, 2008, I served a copy of:

## DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF RELATED CASES

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

3

1

## Service List

2

3
Robert Salinas, Esq, & Pamela Kong, Esq.
Sundeen, Salinas, & Pyle
1330 Broadway, Suite 1830
Oakland, CA  94612
Telephone No.: (510) 663-9240 / Facsimile No.: (510) 663-9241

4

5

6
Enrique Martinez, Esq.
Law Office of Enrique Martinez
360 Grand Avenue, #141
Oakland, CA  94610
Telephone No.: (510) 287-4302 / Facsimile No.: (510) 835-1417

7

8

9
Attorneys for Plaintiff, Orlando Delgado

10
I declare under penalty of perjury that the foregoing is true and correct.    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

11

12
Executed at Irvine, California, this 25th day of July, 2008.

13

14

15

16
Renee K. Aven
(typed)                                    (signature)

17

18

19
739467

20

21

22

23

24

25

26

27

28

n                                                        Notice Of Related Cases