1  Christopher J. Yost, Bar No. 150785
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone:  (949) 862-4558
   Facsimile:   (949) 862-4605
4  Email: cjyost@fedex.com

5  Attorneys for Defendants
   FEDERAL EXPRESS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORLANDO DELGADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   C 08-03576 MMC<br><br>[~~PROPOSED~~] **STIPULATED ORDER**<br><br>Complaint Filed: June 30, 2008 |

   WHEREAS Defendant Federal Express Corporation is represented by counsel located in Irvine, California;

   WHEREAS Defendant Federal Express Corporation desires to moderate the cost of defense by avoiding air travel expenditures when practicable to do so;

   WHEREAS telephonic appearances are efficient and cost-effective alternatives to personal appearances for certain matters;

   WHEREAS counsel for Defendant Federal Express Corporation is the father of four children, some of whom still want to go trick-or-treating with their dad;

   WHEREAS a case management conference has been set for October 31,

1  2008, in San Francisco;

2  IT IS THEREFORE ORDERED that ~~Defendant Federal Express Corporation~~ *all parties*

3  ~~may~~ *shall* appear telephonically for the management conference ~~has been~~ set for October

4  31, 2008, at 10:30 a.m., in San Francisco.

Dated: October  21 , 2008 _____

_____
Hon. Maxine M. Chesney
U.S. District Court Judge

Dated: October 17, 2008        Respectfully submitted,

| /s/<br>Mr. Robert Salinas, Esq.<br>Sundeen, Salinas, & Pyle<br>1330 Broadway, Suite 1830<br>Oakland, CA  94612<br><br>Attorney for Plaintiff Orlando Delgado | /s/<br>Christopher J. Yost, Esq.<br>Managing Director<br>2601 Main Street, Suite 1100<br>Irvine, California 92614<br>949-862-4558 (Telephone)<br>949-862-4605 (Fax)<br><br>Attorney for Defendant,<br>Federal Express Corporation |
|---|---|