Robert Salinas  SBN 184260
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California  94612
Telephone: (510) 663-9240
Facsimile: (510) 663-9241
bob@ssrplaw.com

Enrique Martinez  SBN 206884
LAW OFFICES OF ENRIQUE MARTÍNEZ
360 Grand Ave., #141
Oakland, California 94610
Telephone: (510) 287-4302
Facsimile: (510) 835-1417
emartinez15@comcast.net

Attorneys for Plaintiff
  ORLANDO DELGADO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO DELGADO, an individual,<br><br>                    Plaintiff,<br><br>  vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: C-08-03576  MMC<br><br>**STIPULATED REQUEST TO 1) CONTINUE SETTLEMENT CONFERENCE DATE AND 2) SUBMISSION DATE FOR SETTLEMENT CONFERENCE STATEMENTS ; ORDER THEREON**<br><br>Judge: Hon. Edward M. Chen<br>Crtr:  C, 15th Floor |

   THE PARTIES HEREBY respectfully submit this stipulated request that this Court continue the Settlement Conference in this matter, from the currently scheduled date of May 14, 2009, to the new date of June 8, 2009, beginning at 10:00 a.m.

1

The parties further request that the date for submitting settlement conference statements be continued until May 25, 2009.

The request for this change is that the parties are amidst discovery including a number of depositions and will be best prepared to participate in a meaningful settlement conference if given additional time to ensure that all necessary depositions have been completed before the Conference.

RESPECTFULLY SUBMITTED,

Dated: April 8, 2009

Robert Salinas
Attorneys for PLAINTIFF

Dated: April 9, 2009

Mireya A.R. Llaurado,
Attorneys for DEFENDANT

The parties further request that the date for submitting settlement conference statements be continued until May 25, 2009.

The request for this change is that the parties are amidst discovery including a number of depositions and will be best prepared to participate in a meaningful settlement conference if given additional time to ensure that all necessary depositions have been completed before the Conference.

RESPECTFULLY SUBMITTED,

Dated: April 8, 2009

_____
Robert Salinas
Attorneys for PLAINTIFF

Dated: April ___, 2009

_____
Mireya A.R. Llaurado,
Attorneys for DEFENDANT

**ORDER OF THE COURT**

IT IS HEREBY ORDERED that the Settlement Conference in this matter is hereby continued from the currently scheduled date of May 14, 2009, to the new date of June 8, 2009, beginning at 10:00 a.m.

The date for submitting settlement conference statements shall be May 25, 2009.

Dated: April 13, 2009



Honorable
United States

3