FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ORLANDO DELGADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  C 08-03576 MMC<br><br>Honorable Maxine M. Chesney, Courtroom 7, 19th Floor<br><br>**ORDER CONTINUING EXPERT DISCOVERY DEADLINE PER STIPULATION OF PARTIES**<br><br>Complaint Filed:  June 30, 2008<br>Trial Date:         October 26, 2009 |
|---|---|

1

**ORDER CONTINUING EXPERT DISCOVERY DEADLINE**
**C 08-03576 MMC**

1  TO THE PARTIES:

2      The Court, having reviewed the Stipulation for Order Continuing the Expert

3  Discovery Deadline, and good cause having been shown, HEREBY ORDERS:

4      The expert discovery deadline is continued from July 10, 2009 to July 31, 2009.

5

6

7      IT IS SO ORDERED this __2nd__ day of __July__, 2009.

8

9

10                            U.S.D.J. Maxine M. Chesney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614